UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------   2:18-CV-00515WJM

JAMES P. DUGAN, JR.,

    Plaintiff,

    v.    **O R D E R**

AAA NORTH JERSEY, DAVID HUGHES,
President in his official
Capacity and Individually, et al.,

    Defendants.
------------------------------

    A Report and Recommendation was filed on June 28, 2018 recommending that this civil action be remanded to the Superior Court of New Jersey. The parties were notified that they had fourteen days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by the Court, and the Court having reviewed the Report and Recommendation *de novo*, and for good cause shown;

    It is on this 13th day of July 2018, hereby

    **ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

    **ORDERED** that Plaintiff's motion to remand is **GRANTED**; and it is further

    **ORDERED** that this case is remanded the New Jersey Superior Court, Law Division, Passaic County.

                           s/William J. Martini
                           WILLIAM J. MARTINI, U.S.D.J.